JTW: 11.12.21
PCM/CRG USAO# 2021R00579

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. CCB-21-cr-490 |
| BRANDON FORD, | * | (Possession of Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1); Forfeiture, 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)) |
| Defendant. | * | |

*******

## INDICTMENT

### COUNT ONE
(Possession of Ammunition by a Prohibited Person)

The Grand Jury for the District of Maryland charges that:

On or about April 3, 2021, in the District of Maryland, the Defendant,

**BRANDON FORD,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, to wit, fourteen rounds of .357 Sig ammunition; and the ammunition was in and affecting commerce.

18 U.S.C. § 922(g)

**FORFEITURE**

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as a result of the Defendant's conviction under Count One of the Indictment.

3. As result of the offense alleged in Count One of this Indictment, the Defendant shall forfeit to the United States the ammunition involved in the commission of the offense, to wit, the fourteen rounds of .357 Sig ammunition.

Fed. R. Crim. P. 32.2
18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

Erek L. Barron
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

Foreperson

12/14/2021

Date

2